THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br>　　　　Plaintiff,<br><br>　　v.<br><br>1ST ALLIANCE LENDING, LLC, *et al.*,<br>　　　　Defendants. | Case No. 3:21-CV-00055-RNC<br><br>Date: March 13, 2023 |

## JOINT STIPULATION OF DISMISSAL

　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Consumer Financial Protection Bureau, with the stipulation of Defendants 1st Alliance Lending, LLC (1st Alliance), John DiIorio, Kevin St. Lawrence, and Socrates Aramburu, hereby dismisses the following claims in this action with prejudice:

　　(1) All claims against Defendant Socrates Aramburu;
　　(2) Count 3 of the Amended Complaint in its entirety;
　　(3) Count 5 of the Amended Complaint in its entirety; and
　　(4) Count 6 of the Amended Complaint in its entirety.

　　All remaining claims in the Amended Complaint (i.e., the counts that are not explicitly subject to the instant voluntary dismissal) are still active and pending:

| Count | Allegation | Defendant(s) |
|---|---|---|
| 1 | Violation of Regulation Z, 12 C.F.R. § 1026.36(f)(2) | 1st Alliance |
| 2 | Violation of Regulation Z, 12 C.F.R. § 1026.19(e)(2)(ii), (iii) | 1st Alliance |
| 4 | Unfair acts and practices in violation of Consumer Financial Protection Act, 12 U.S.C. §§ 5531(a), 5536(a)(1)(B) | 1st Alliance, John DiIorio, Kevin St. Lawrence |
| 7 | Violation of Equal Credit Opportunity Act (15 U.S.C. § 1691(d)) and Regulation B (12 C.F.R. § 1002.9(a)) | 1st Alliance |
| 8 | Violation of Fair Credit Reporting Act (15 U.S.C. § 1681m(a)) | 1st Alliance |
| 9 | Violation of Consumer Financial Protection Act, 12 U.S.C. § | 1st Alliance |

| 5536(a)(1)(A) | |

For purposes of this stipulation of dismissal, neither party is considered a prevailing party and each party will bear their own fees and costs, including attorney fees.

Dated: March 13, 2023

        Respectfully submitted,

        For Plaintiff Consumer Financial Protection Bureau

        Eric Halperin
        *Enforcement Director*
        Alusheyi Wheeler
        *Deputy Enforcement Director*
        Julie Bean
        *Assistant Litigation Deputy*

        /s/ Amanda Lewis
        Amanda Lewis (Bar No. phv11057)
        amanda.lewis@cfpb.gov
        Phone: (202)360-9204
        Paris A. Wynn (Bar No. phv206750)
        paris.wynn@cfpb.gov
        Phone: (202)815-0783
        Fax: (703)642-4585
        1700 G Street, NW
        Washington, DC 20552

        Local Counsel:
        Sarah Gruber (Bar No. ct29918)
        Assistant United States Attorney
        Phone: (203)821-3700
        Fax: (203)773-5373
        sarah.gruber@usdoj.gov
        United States Attorney's Office
        450 Main Street, Room 328
        Hartford, CT 06103

       Stipulated by Defendants 1st Alliance Lending, LLC, John Christopher DiIorio, Kevin Robert St. Lawrence, and Socrates Aramburu


/s/  Michael Y. Kieval
Mitchel H. Kider, *pro hac vice*
Michael Y. Kieval, *pro hac vice*
Jeffrey Blackwood, *pro hac vice*
Allison Scoggin, *pro hac vice*
WEINER BRODSKY KIDER PC
1300 19th St NW, 5th Floor
Washington, D.C. 20036
Tel: 202-628-2000
Fax: 202-628-2011
Email: kider@thewbkfirm.com
kieval@thewbkfirm.com
blackwood@thewbkfirm.com
scoggin@thewbkfirm.com

Ross Garber
The Garber Group LLC
100 Pearl St., 14th Floor
Hartford, CT 06103
Tel: (860) 983-5145
Fax: (860) 983-5145
Email: rgarber@thegarbergroup.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 13, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                              /s/ Amanda Lewis