**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

Consumer Financial Protection Bureau,

Plaintiff,

v.

1st Alliance Lending, LLC; John Christopher DiIorio; and Kevin Robert St. Lawrence,

Defendants.

Case No.: 3:21-cv-00055-RNC

October 18, 2023

**PLAINTIFF'S NOTICE REGARDING SUMMARY JUDGMENT BRIEFING**

Pursuant to the Court's instruction given during the October 12, 2023 Telephonic Conference, Plaintiff Consumer Financial Protection Bureau (Bureau) submits this notice regarding the Court's decision to receive and resolve motions for summary judgment regarding liability before the parties address issues regarding damages. The Bureau has no objection and believes this will promote judicial economy and efficiency.

Respectfully Submitted,

For Plaintiff Consumer Financial Protection Bureau

Eric Halperin
*Enforcement Director*

Alusheyi J. Wheeler
*Deputy Enforcement Director*

Julie Bean
*Assistant Litigation Deputy*

/s/*April Denise Seabrook*
April Denise Seabrook (Bar No. phv207050
Phone: (202) 557-8822
april.seabrook@cfpb.gov

Paris A. Wynn (Bar No. phv206750)
Phone: (202) 815-0783

*Enforcement Attorneys*

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552

*Local Counsel:*

Sarah Gruber (Bar No. ct29918)
Assistant United States Attorney
Tel: (860) 947-1101
Fax: (203)773-5373
sarah.gruber@usdoj.gov
United States Attorney's Office
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2023 a copy of the foregoing pleading was filed utilizing the ECF system, which will send notice of this filing to all parties/counsel of record.

/s/A*pril Denise Seabrook*

April Denise Seabrook (Bar No. phv207050)
april.seabrook@cfpb.gov