**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU<br>Plaintiff,<br><br>v.<br><br>1ST ALLIANCE LENDING, LLC, *et al.*,<br>Defendants. | ) | Case No. 3:21-cv-00055-RNC |

**<u>DEFENDANTS' NOTICE REGARDING SUMMARY JUDGMENT BRIEFING</u>**

As directed by the Court during the October 12, 2023 Conference, Defendants 1st Alliance Lending, LLC, John DiIorio, and Kevin St. Lawrence hereby submit notice that they agree with the Court's proposal to limit the parties' imminent motions for summary judgment to the issue of liability, reserving the issue of damages, with Defendants entitled to additional information in discovery relevant to damages for any claims that survive after the Court rules on the issue of liability. Defendants understand that the Court intends to approve the Parties' agreed briefing schedule for summary judgment as follows:

Plaintiff's Motion January 26, 2024;

Defendants' Motion(s) and Opposition February 26, 2024;

Plaintiff's Opposition(s) and Reply March 25, 2024; and

Defendants' Reply deadline April 18, 2024.

DATE: October 20, 2023

Respectfully submitted,

*<u>/s/ Michael Y. Kieval</u>*
Mitchel H. Kider, *pro hac vice*
Michael Y. Kieval, *pro hac vice*

Allison M. Scoggin, *pro hac vice*
WEINER BRODSKY KIDER PC
1300 19th St NW, 5th Floor
Washington, D.C. 20036
Tel: 202-628-2000
Fax: 202-628-2011
*kider@thewbkfirm.com*
*kieval@thewbkfirm.com*
*scoggin@thewbkfirm.com*

Ross Garber
The Garber Group LLC
100 Pearl St., 14th Floor
Hartford, CT 06103
Tel: (860) 983-5145
Fax: (860) 983-5145
*rgarber@thegarbergroup.com*

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2023, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Michael Y. Kieval*