# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, <br><br> PLAINTIFF, <br><br> v. <br><br> 1ST ALLIANCE LENDING, LLC; <br> JOHN CHRISTOPHER DIIORIO; AND <br> KEVIN ROBERT ST. LAWRENCE, <br><br> DEFENDANTS. | CASE NO.: 3:21-cv-00055-RNC <br><br> January 25, 2024 |

## PLAINTIFF'S EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND STATEMENT OF UNDISPUTED MATERIAL FACTS[1]

Plaintiff Consumer Financial Protection Bureau (Bureau) respectfully submits and attaches hereto true and correct copies of the exhibits that the Bureau intends to cite in its Memorandum of Law in support of its Motion for Summary Judgment and its Local Rule 56(a)(1) Statement of Undisputed Material Facts, which will be filed with the Bureau's Motion for Summary Judgment on January 26, 2024.

---

[1] To aid in the review and consideration of the Bureau's forthcoming Motion for Summary Judgment and its Statement of Undisputed Material Facts, the supporting exhibits are being submitted in advance of these filings to permit the Bureau to include the precise docket number for each exhibit (and exhibit page) within the Bureau's citations.

**PLAINTIFF'S EXHIBITS IN SUPPORT OF ITS
MOTION FOR SUMMARY AND STATEMENT OF UNDISPUTED MATERIAL FACTS[2]**

| Ex. | Description |
|---|---|
| 1 | Kevin St. Lawrence Resume |
| 2 | Nov. 20, 2018 – DiIorio Letter to Connecticut Department of Banking (CTDOB)) – Ex. 116 |
| 3 | July 15, 2019 – CTDOB's Amended Notice of Intent to Revoke License |
| 4 | July 24, 2020 – 1st Alliance's Post-Hearing Brief, filed in CTDOB proceeding |
| 5 | April 16, 2021 – CTDOB's Findings of Fact, Conclusions of Law, and Order |
| 6 | Nov. 17, 2022 – 1st Alliance's Appeal Memo of Law (filed in Connecticut Superior Court) |
| 7 | April 19, 2023 – Memo of Decision - Superior Court of Connecticut Affirming CTDOB<br>Also available at: *1st All. Lending LLC v. Dep't of Banking*, No. HHB-CV-21-6066325, 2023 WL 3071205 (Conn. Super. Ct. Apr. 19, 2023) |
| 8 | Transcript – Jason Verraneault – CTDOB Hearing Testimony, dated 12-17-2018 |
| 9 | Transcript – CTDOB Hearing Testimony - Jason Verraneault, dated 11-14-2019 |
| 10 | Transcript – Deposition - Jason Verraneault, dated 10-22- 2022 |
| 11 | Transcript – Deposition - Kevin St. Lawrence, dated 11-29-2022 |
| 12 | Transcript – Deposition - Rule 30(b)(6) of 1st Alliance - Witness John DiIorio, dated 12-01-2022 |
| 13 | Transcript – Deposition - Socrates Aramburu, dated 10-28-2022 |
| 14 | Transcript – Deposition - Heather Sanchez, dated 09-15-2022 |
| 15 | Transcript – Deposition - Bartholomew, dated 09-22-2019 |
| 16 | Transcript – CTDOB Hearing Testimony – Briana Massey, dated 11-22-19 |
| 17 | Transcript – CTDOB Hearing Testimony – John DiIorio, dated 2-27-2020 |
| 18 | NORA Submission of 1st Alliance, dated 05-29-2020 |
| 19 | 1st Alliance Answer to Amended Complaint |
| 20 | John DiIorio Answer to Amended Complaint |
| 21 | Kevin St. Lawrence Answer to Amended Complaint |

---

[2] The "Ex." column contains the exhibit number assigned in connection with the Bureau's Motion for Summary Judgment. Where an "Ex." designation is within the "Description" column, this reflects the exhibit number given to the document when used in another proceeding (i.e., a deposition, CTDOB administrative proceeding, CTDOB filing, etc.).

| Ex. | Description |
|---|---|
| 22 | Socrates Aramburu Answer to Amended Complaint |
| 23 | 1st Alliance's Responses to CFPB's Requests for Admission, dated 12-12-2022 |
| 24 | Email – November 18, 2018 From DiIorio to Haar Re: Licensing Costs |
| 25 | 2016 Draft 1st Alliance Audit Report – Ex. 82 |
| 26 | 1A Operational Risk Assessment (March 2014) |
| 27 | 1A Internal Audit and Risk Assessment (June 2015) |
| 28 | Email – February 16, 2017 email attaching December 2016 Internal Audit and Risk Assessment of 1st Alliance – Ex. 81 |
| 29 | 2017 Internal 1A Audit, published February 1, 2018 |
| 30 | May 28, 2021 – Administrative Appeal of 1st Alliance "Complaint" filed in Conn. Superior Court, initiating appeal seeking judicial review of CTDOB's April 16, 2021 decision |
| 31 | Email – 12-22-2016 From DiIorio copying St. Lawrence and others |
| 32 | Email – December 6, 2016 DiIorio to St. Lawrence re: "Our Future...Draft" – Ex. 113 |
| 33 | Email – November 14, 2017 Verraneault to DiIorio, with attachments – Ex. 55 |
| 34 | Purchase Inquiry Screen (Screenshot Exhibit) |
| 35 | HLC New Hire Training Binder |
| 36 | 2Q 2017 New Hire Training – Ex. 90 |
| 37 | Job Description – HLC, dated 1-1-2018 – Ex. 88 |
| 38 | Email – December 19, 2017 email w-attachments – Ex. 56 |
| 39 | 1st Alliance Training Manual – Ex. 52 |
| 40 | 1A Training Materials – Professional Sales Process 2Q 2017 |
| 41 | 1A Training Materials – Professional Sales Process 2Q 2018 |
| 42 | Minutes of September 11, 2018 1A Executive Meeting – Ex. 115 |
| 43 | Email – March 23, 2017 St. Lawrence email – Ex. 92 |
| 44 | Email – February 15, 2018 St. Lawrence email – Ex. 100 |
| 45 | 1A Home Loan Pre-Approval Application – Ex. 103 |
| 46 | Email – October 11, 2017 Cole Fleeher Email with "Prequalification Application" Attachment – Ex. 104 |
| 47 | Email – October 16, 2017 Massey To DiIorio with "Compliance Memo" Attachment – Ex. 118 |

| Ex. | Description |
|---|---|
| 48 | Email – May 29, 2018 Massey To DiIorio with "Training and Long Term Proposal" Attachment – Ex. 102 |
| 49 | Minutes of April 27, 2016 1A Executive Minutes – Ex. 91 |
| 50 | Email – April 6, 2017 Exchange Between Verraneult and St. Lawrence – Ex. 94 |
| 51 | Email – January 9, 2018 DiIorio Email – Ex. 66 |
| 52 | Email – April 4, 2018 DiIorio Email – Ex. 76 |
| 53 | Email – April 5, 2018 Cale Ferland to DiIorio (forwarded to Aramburu) – Ex. 74 |
| 54 | Email – December 17, 2018 From Nelson Smith To St. Lawrence Re: App Pull Through – Ex. 99 |
| 55 | Email – July 5, 2019 letter from Sanchez to CTDOB – Ex. 37 |
| 56 | May 29, 2019 1A Consumer ECOA Deficiency Notice – Ex. 38 |
| 57 | 1st Alliance Guidelines-HLA Reference – Ex. 85 |
| 58 | HLA – MLO Employment Agreement |
| 59 | 4Q 2017 1A Sales Training – Ex. 121 |
| 60 | Email – April 19, 2016 Verraneult emails w-attachments Re: Duties – Ex. 86 |
| 61 | Submission Coordinator Job Description – Ex. 87 |
| 62 | Email – February 2, 2018 Email w-HLC Business Plans – Ex. 68 |
| 63 | 1A Production Flowchart – Ex. 57 |
| 64 | CFPB Supplemental Interrogatory Responses, dated 6-14-2023 |
| 65 | Email –May 1, 2018 DiIorio to Andrea Ward – Ex. 98 |
| 66 | Email – DiIorio-Olson Email w-article attachment– Ex. 112 |
| 67 | Undated DiIorio Letter Addressed to "all regulators of 1st Alliance" |
| 68 | Email – December 19, 2017 K. Ramos Email Re: Duties |
| 69 | Email – December 18, 2017 J. DiIorio Email Re: Duties |
| 70 | Email – December 19, 2017 J. DiIorio Email Re: Duties |
| 71 | Email – December 19, 2017 St. Lawrence Email Re: Duties |
| 72 | Email – October 26, 2017 DiIorio All Hands Email |
| 73 | 1st Alliance Employment Agreement – Inquiry Specialist |
| 74 | 1st Alliance Business Plan, dated March 10, 2017 |
| 75 | Email – August 6, 2018 DiIorio to Aramburu and St. Lawrence |
| 76 | HLA Employment Agreement |

| **Ex.** | **Description** |
|---|---|
| 77 | Minutes of November 15, 2016 Executive Meeting |
| 78 | HLC Ballinger Email w-PQ Attachment – Ex. 53 |
| 79 | March 3, 2019 1A Update Re: TRID – Ex. 41 |
| 80 | Email – August 30, 2017 SC-HLC Email w-Prequalified Letter |
| 81 | Email – September 7, 2017 SC-HLC Email w-Prequalified Letter |
| 82 | Email – September 15, 2017 SC-HLC Email w-Prequalified Letter |
| 83 | Email – January 3, 2017 SC-HLC Email w-PQ Attachment |
| 84 | Email – July 13, 2017 SC-HLC Email w-PQ Form Attachment |
| 85 | Email – June 15, 2017 SC-HLC Email w-PQ Form Attachment |
| 86 | Email – May 11, 2017 SC-HLC Email w-PQ Form Attachment |
| 87 | Email – May 18, 2017 SC-HLC Email w-PQ Form Attachment |
| 88 | Email – April 26, 2017 SC-HLC Email w-PQ Form Attachment |
| 89 | Email – June 27, 2017 Consumer Email To HLC |
| 90 | 1A Employee List – Ex. 69 |
| 91 | Transcript – CTDOB Hearing Testimony – January 8, 2020 Bartholomew |
| 92 | May 9, 2018 Better Business Bureau Complaint – Ex. 96 |
| 93 | May 26, 2107 Consumer Complaint – Ex. 97 |
| 94 | February 13, 2018 Executive Meeting Agenda. |
| 95 | August 25, 2017 HLC PQ Transmittal w-document requests |
| 96 | Requests for Admission – Responses of DiIorio, dated 12-12-2022 |
| 97 | Email – August 2017 HLC email Re: Interest Rate |
| 98 | Email – May 10, 2018 HLC email Re: Terms |
| 99 | 1st Alliance Responses to Requests from Texas regulators, dated 02-26 2014 |
| 100 | Email – Consumer Complaint re: erroneous prequalification for loan, dated 05-9-2018 |
| 101 | Various Positions' Job Duties SC-HLA-MLO |
| 102 | Email – September 14, 2017 HLC comment Re: Loan Estimate |
| 103 | Email – January 3, 2017 Re: 1A Gift Card Contest |
| 104 | Email – July 5, 2017 Re: HLC Application Contest |
| 105 | Email – November 2, 2017 Re: Prequalify Party |
| 106 | Email – February 6, 2018 Re: Application Contest |

| <u>Ex.</u> | <u>Description</u> |
|---|---|
| 107 | John DiIorio Resume |

Respectfully Submitted,

For Plaintiff Consumer Financial Protection Bureau

Eric Halperin
*Enforcement Director*

Alusheyi J. Wheeler
*Deputy Enforcement Director*

Julie Bean
*Assistant Litigation Deputy*

/s/*Paris A. Wynn*
Paris Wynn (Bar No. phv207050
Phone: (202) 815-0783
paris.wynn@cfpb.gov

April Denise Seabrook (Bar No. phv206750)
Phone: (202) 557-8822
april.seabrook@cfpb.gov
*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552

*Local Counsel:*

Sarah Gruber (Bar No. ct29918)
Assistant United States Attorney
Tel: (860) 947-1101
Fax: (203)773-5373
sarah.gruber@usdoj.gov
United States Attorney's Office
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103

## CERTIFICATE OF SERVICE

    I hereby certify that on January 25, 2024 a copy of the foregoing pleading was filed utilizing the ECF system, which will send notice of this filing to all parties/counsel of record.

                                  /s/Paris Wynn
                                  Paris Wynn (Bar No. phv207050)
                                  paris.wynn@cfpb.gov