UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | |
| PLAINTIFF, | |
| v. | Civil Action No.: 3:21-0055 (RNC) |
| 1ST ALLIANCE LENDING, LLC, *et al.,* | January 31, 2024 |
| DEFENDANTS. | |

**PLAINTIFF'S MOTION IN LIMINE FOR APPLICATION OF COLLATERAL ESTOPPEL TO PRECLUDE RELITIGATION OF FACTUAL FINDINGS**

Plaintiff Consumer Financial Protection Bureau (Bureau) hereby submits this Motion *in Limine*, which respectfully requests that the Court enter an Order finding that each Defendant is collaterally estopped from disputing or relitigating the Connecticut Department of Banking's Findings of Fact, which are stated in paragraphs numbered one to 230 in the Connecticut Department of Banking's April 16, 2021 "Findings of Fact, Conclusions of Law, and Order." In support of this motion, the Bureau files herewith its Memorandum of Law and exhibits.

Respectfully submitted,

For Plaintiff:
Consumer Financial Protection Bureau

Eric Halperin
*Enforcement Director*

Alusheyi J. Wheeler
*Deputy Enforcement Director*

Julie Bean
*Assistant Litigation Deputy*

*/s/April Denise Seabrook*
April Denise Seabrook (Bar No. phv207050)
Phone: (202) 557-8822
april.seabrook@cfpb.gov

Paris A. Wynn (Bar No. phv206750)
Phone: (202) 815-0783

*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552

*Local Counsel:*

Sarah Gruber (Bar No. ct29918)
Assistant United States Attorney
Tel: (860) 947-1101
Fax: (203)773-5373
sarah.gruber@usdoj.gov
United States Attorney's Office
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103