**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) ) | Case No. 3:21-CV-00055-RNC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 1ST ALLIANCE LENDING, LLC, *et al.*, | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' EXHIBITS IN SUPPORT OF DEFENDANTS' COMBINED MOTION FOR SUMMARY JUDGMENT

Defendants 1st Alliance Lending, LLC, John DiIorio, and Kevin St. Lawrence (collectively, "Defendants") respectfully submit and attach hereto true and correct copies of the exhibits that Defendants intend to cite in Defendants' Combined Summary Judgment Memorandum and their Local Rule 56(a)(1) Statement of Undisputed Material Facts, which will be filed with Defendants' Motion for Summary Judgment. The following is a list of those exhibits.

| D. Ex. # | Description |
|---|---|
| 1 | 1st Alliance Compliance Policy Re New Laws and Regulations. (Mar. 9, 2017) |
| 2 | 1st Alliance Lending, LLC Training Policy |
| 3 | Samantha Rogers Transcript, February 7, 2022 |
| 4 | 1st Alliance Safe Act Compliance Policy.  (Dec. 13, 2019, Rev. 4) |
| 5 | 1st Alliance Compliance Management System Policy |
| 6 | 1st Alliance Lending Compliance Policies and Procedures (Rev. 2, Nov. 3, 2014) (1) |
| 7 | 1st Alliance Licensing Policy |
| 8 | 1st Amendment to DECD Agreement |
| 9 | 1st Alliance Safe Act Compliance Policy. (Oct. 12, 2016, Rev. 3) |
| 10 | 1st Alliance SC Refresher Training (Oct. 2, 2017) |

| | |
|---|---|
| 11 | 1st Alliance Purchase Inquiry – Submission Coordinator ("How to Stay Compliant")  (Dec. 1, 2017) |
| 12 | 1st Alliance MLO Job Duties |
| 13 | 1st Alliance May 2017 Org Chart |
| 14 | B. Massey Email, February 1, 2018 |
| 15 | 1st Alliance Letter to Regulators |
| 16 | List of 1st Alliance Employee, as of May 3, 2018 |
| 17 | Plaintiff Supplemental Damages Analysis |
| 18 | CFPB Consent Order, February 24, 2014 |
| 19 | 1st Alliance's Supplemental Responses to CFPB's 1st Rogs, January 27, 2023 |
| 20 | Attachment A-1 to CFPB's Responses to 1st Alliance's 1st Rogs, March 11, 2022 |
| 21 | B. Massey's Email, January 5, 2017 |
| 22 | 1st Alliance Response to Internal Audit, August 31, 2018 |
| 23 | 1st Alliance Policy and Procedures, January 7, 2015 |
| 24 | NMLS Profiles of 1st Alliance Employees |
| 25 | J. DiIorio Declaration, November 23, 2022 |
| 26 | 1st Alliance New Hire Training |
| 27 | 1st Alliance Associate VP of Sales Job Description |
| 28 | Uniform Residential Loan Application |
| 29 | 1st Alliance Policy for Home Loan Consultants, June 20, 2018 |
| 30 | A. Pinnow and A. Charlton Transcript, February 11, 2020 |
| 31 | 1st Alliance Org Chart |
| 32 | B. Massey Email, February 1, 2018 |
| 33 | C. Ferland Email, April 6, 2018 |
| 34 | M. Murdock and S. Jenkins Transcript, February 6, 2019 |
| 35 | B. Massey Transcript, December 18, 2019 |
| 36 | CFPB Consumer Laws and Regulations |
| 37 | C. Grice Transcript, May 11, 2022 |
| 38 | 1st Alliance Policy and Procedure, February 7, 2013 |
| 39 | M. Drega Email Chain, March 26, 2018 |
| 40 | S. Aramburu Email Chain, April 11, 2019 |
| 41 | K. Murphy Email Chain, December 14, 2018 |
| 42 | K. Murphy Email Chain, October 30, 2018 |
| 43 | A. Bedard Email Chain, March 15, 2018 |
| 44 | K. Murphy Email Chain, May 9, 2018 |
| 45 | D. Ryan Email Chain, August 28, 2017 |

| 46 | Consumer D.K. File Byte Data Log |
|---|---|
| 47 | 1st Alliance 2017 Internal August, October 9, 2017 |
| 48 | M. Drega Email Chain, March 27, 2018 |
| 49 | Ellie Mae Letter, November 25, 2019 |
| 50 | CFPB Information Request Letter, October 28, 2016 [FILED UNDER SEAL] |
| 51 | C. Watts Audit Report [FILED UNDER SEAL] |
| 52 | Montana Division of Banking and Financial Institutions Letter, December 17, 2019 [FILED UNDER SEAL] |
| 53 | 2019 New Hampshire Examination Report [FILED UNDER SEAL] |
| 54 | 2019 Vermont Examination Report [FILED UNDER SEAL] |
| 55 | Pennsylvania Department of Banking and Securities Letter, June 26, 2019 [FILED UNDER SEAL] |
| 56 | 2018 Virginia Examination Report [FILED UNDER SEAL] |
| 57 | 2019 Iowa Examination Report [FILED UNDER SEAL] |
| 58 | 2018 Illinois Examination Report [FILED UNDER SEAL] |
| 59 | 2017 Massachusetts Examination Report [FILED UNDER SEAL] |
| 60 | 2017 Maryland Examination Report [FILED UNDER SEAL] |
| 61 | 2019 MMC Multi-State Examination Report [FILED UNDER SEAL] |

DATE: February 26, 2024                     Respectfully submitted,

_/s/_ Mitchel H. Kider
Mitchel H. Kider, *pro hac vice*
Michael Y. Kieval, *pro hac vice*
Allison M. Scoggin, *pro hac vice*
WEINER BRODSKY KIDER PC
1300 19th St NW, 5th Floor
Washington, D.C. 20036
Tel:    202-628-2000
Fax:    202-628-2011
*kider@thewbkfirm.com*
*kieval@thewbkfirm.com*
*scoggin@thewbkfirm.com*

Ross Garber
The Garber Group LLC
100 Pearl St., 14th Floor
Hartford, CT  06103
Tel: (860) 983-5145
Fax: (860) 983-5145
*rgarber@thegarbergroup.com*

3

*Counsel for Defendants*