THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br>       Plaintiff,<br><br>v.<br><br>1ST ALLIANCE LENDING, LLC, *et al.*,<br>       Defendants. | Case No. 3:21-cv-00055-RNC<br><br>Date: February 28, 2025 |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff and Defendants stipulate that the above-captioned action is voluntarily dismissed against all Defendants, with prejudice, with each party bearing its own costs, expenses and attorneys' fees.

Dated: February 28, 2025

                              Respectfully submitted,

                              For Plaintiff Consumer Financial Protection Bureau

                              Mark Paoletta
                              *Chief Legal Officer*
                              Dan Shapiro
                              *Deputy Chief Legal Officer*
                              Thomas Kim
                              *Deputy Enforcement Director*
                              Susan Torres
                              *Assistant Litigation Deputy*

                              */s/ Paris Wynn*
                              Paris A. Wynn (Bar No. phv206750)
                              paris.wynn@cfpb.gov
                              Phone: (202) 815-0783

Fax: (703) 642-4585
1700 G Street, NW
Washington, DC 20552

Alexander Broche (Bar No. phv09974)
Alexander.broche@cfpb.gov
Phone: (202) 435-5284
Fax: (703) 642-4585
1700 G Street, NW
Washington, DC 20552

For Defendants 1st Alliance Lending, LLC, John Christopher DiIorio, and Kevin Robert St. Lawrence

*/s/ Michael Y. Kieval*
Mitchel H. Kider, *pro hac vice*
Michael Y. Kieval, *pro hac vice*
WEINER BRODSKY KIDER PC
1300 19th St NW, 5th Floor
Washington, D.C. 20036
Tel: 202-628-2000
Fax: 202-628-2011
Email: kider@thewbkfirm.com
kieval@thewbkfirm.com

Ross Garber
The Garber Group LLC
100 Pearl St., 14th Floor
Hartford, CT 06103
Tel: (860) 983-5145
Fax: (860) 983-5145
Email: rgarber@thegarbergroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ *Paris Wynn*